175 A.3d 150

**DONLON, Brian**

v.

**MONTGOMERY CO. PUBLIC SCHOOLS**

**Pet. Docket No. 329, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Petition for writ of certiorari granted. Transferred to the regular docket as No. 68, Sept.Term, 2017.

175 A.3d 150

**IN RE: ADOPTION/GUARDIANSHIP OF H.W.**

**Pet. Docket No. 342, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Petition for writ of certiorari granted. Transferred to the regular docket as No. 70, Sept.Term, 2017.